PEOPLE V PINES, No. 90960; Court of Appeals No. 112573.

PEOPLE V DONALD THOMAS, No. 90962; Court of Appeals No. 113708.

MELNIK V KELWALA, No. 91923; Court of Appeals No. 139160.

PEOPLE V VAILLANCOURT, No. 91946; Court of Appeals No. 139710.

MORRISON V WAYNE COUNTY, No. 91964; Court of Appeals No. 140368.

PEOPLE V NETTERWALD, No. 92074; Court of Appeals No. 142337.
Reconsideration denied November 8, 1991.

LEVIN, J. I would remand to the Court of Appeals for plenary consideration.

*Leave to Appeal Denied September 6, 1991:*

KURZ V THE EVENING NEWS ASSOCIATION, No. 90241; reported below: 182 Mich App 737.

BOYLE, J. I would grant leave to appeal to determine whether the official- and public-proceedings privilege provided by MCL 600.2911(3); MSA 27A.2911(3) is applicable in this case.

RILEY, J. I would grant leave to appeal.

*Leave to Appeal Granted September 10, 1991:*

AUTO-OWNERS INSURANCE COMPANY V CHURCHMAN, No. 88923. To be argued and submitted with *Frankenmuth Mutual Ins Co v Piccard,* No. 89487, and *Group Ins Co of Michigan v Czopek,* No. 90390. Reported below: 184 Mich App 699.

GROUP INSURANCE COMPANY OF MICHIGAN V CZOPEK, No. 90390. To be argued and submitted with *Frankenmuth Mutual Ins Co v Piccard,* No. 89487, and *Auto-Owners Ins Co v Churchman,* No. 88923. Court of Appeals No. 127020 (on remand).

COLLING V AVON DISPOSAL, INC, Nos. 89390, 89391; Court of Appeals Nos. 103920, 103974 (after remand).
Appeal dismissed upon stipulation of the parties on March 2, 1992, with prejudice and without costs.

*Summary Disposition September 10, 1991:*

ALLSTATE INSURANCE COMPANY V HEALTH ALLIANCE PLAN, No. 89840. In lieu of granting leave to appeal, the case is remanded to the Court of Appeals for reconsideration in light of *John Hancock Property & Casualty Ins Cos v Blue Cross & Blue Shield of Michigan,* 437 Mich 368 (1991). MCR 7.302(F)(1). Court of Appeals No. 114200.